# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and PHILADELPHIA ACADEMIC HEALTH SYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VEOLIA ENERGY PHILADELPHIA, INC. (N/K/A VICINITY ENERGY PHILADELPHIA, INC.),<br><br>Defendant. | Adv. Proc. No. 21-50957 (MFW) |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and Philadelphia Academic Health Systems, LLC (collectively, the "**Plaintiffs**"), and Veolia Energy Philadelphia, Inc. n/k/a Vicinity Energy Philadelphia, Inc. (the "**Defendant**"), hereby stipulate to dismiss with

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

prejudice all claims asserted in the above-captioned adversary proceeding, with Plaintiffs and Defendant each bearing their own attorneys' fees, costs and expenses, respectively.

So stipulated on June 7, 2022.

| | |
|---|---|
| **GIBBONS P.C.** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| */s/ Christopher Viceconte* | */s/ Monique B. DiSabatino* |
| Christopher Viceconte (DE Bar No. 5568) | Mark Minuti (DE Bar No. 2659) |
| 300 Delaware Avenue, Suite 1015 | John D. Demmy (DE Bar No. 2802) |
| Wilmington DE 19801-1671 | Monique B. DiSabatino (DE Bar No. 6027) |
| Telephone: (302) 518-6300 | 1201 N. Market Street, Suite 2300 |
| Fax: (302) 429-6294 | P.O. Box 1266 |
| cviceconte@gibbonslaw.com | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| -and- | mark.minuti@saul.com |
| | john.demmy@saul.com |
| Dale E. Barney | monique.disabatino@saul.com |
| One Gateway Center | |
| Newark, NJ 07102 | -and- |
| Telephone: (973) 596-4557 | |
| dbarney@gibbonslaw.com | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| *Attorneys for Defendant Veolia Energy Philadelphia, Inc. n/k/a Vicinity Energy Philadelphia, Inc.* | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | |
| | *Counsel for the Plaintiffs* |